IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:00CR184-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| PONYA NICHELLE WRAY | ) | |

**THIS MATTER** is before the Court on the Defendant's motion to reduce term of imprisonment and supervised release.

On review of the motion, the Court does not find any grounds stated therein which warrant relief.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to reduce term of imprisonment and supervised release is hereby **DENIED**.

Signed: December 28, 2006

Lacy H. Thornburg
United States District Judge