IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>vs. )<br>)<br>PONYA NICHELLE WRAY, )<br>        Defendant. )<br>and )<br>)<br>AEROTEK INC., )<br>        Garnishee. ) | CASE NO. DNCW3:00CR184-1<br>(Financial Litigation Unit) |

## **DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant, Ponya Nichelle Wray, is DISMISSED.

SO ORDERED.	Signed: November 29, 2011

_____
David S. Cayer
United States Magistrate Judge